**FILED**

FEB 06 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 18-CR-30019-NJR |
| Plaintiff, ) | |
| ) | Title 8, United States Code |
| vs. ) | Section 1326(a) and (b)(1) |
| ) | |
| HUGO AVALOS-LOPEZ, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### Illegal Reentry After Deportation by a Convicted Felon

On or about November 24, 2017, in St. Clair County, within the Southern District of Illinois,

**HUGO AVALOS-LOPEZ,**

defendant herein, an alien who had previously been arrested and deported pursuant to law from the United States to Mexico on November 27, 2009, through the port of El Paso, TX; and who had previously been convicted of Mob Action, a felony offense, on July 29, 2009 in Clinton County, IL Circuit Court, in Cause No. 2009-CF-79, was found in the United States in St. Clair County, Illinois, the said defendant having not obtained the consent of the Attorney General of the United States or the Director of Homeland Security for reapplication by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL.

███████████████████

*[signature]*
DONALD S. BOYCE
United States Attorney

*[signature]*
ROBERT L. GARRISON
Assistant United States Attorney

Recommended Bond: Detention